RAEFFAELLE MORMILLE, as Administrator, etc., of PASQUALE MORMILLE, Deceased, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to abide the event, upon the ground that it was error manifestly prejudicial to the defendant to receive in evidence the photograph of the decedent lying dead in a mangled condition. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concur.

MICHAEL J. MURPHY, Respondent, v. YONKERS RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Rich, Blackmar and Kelly, JJ., concur; Jaycox, J., dissents upon the ground that the finding of freedom from contributory negligence was against the weight of the evidence, with whom Jenks, P. J., concurs.

THE NATIONAL BANK OF MONTGOMERY, Respondent, v. FAYETTE W. WHITNEY. Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

NEW YORK AND RICHMOND GAS COMPANY, Respondent, v. LEWIS NIXON, as and Constituting the Public Service Commission of the State of New York for the First District, and Others, Defendants. THE CITY OF NEW YORK, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that the city is a proper party to the litigation. Jenks, P. J., Mills, Putnam and Kelly, JJ., concur; Blackmar, J., dissents.

LEONARD NOREEN, an Infant, by OSCAR NOREEN, His Guardian ad Litem, Respondent, v. WILLIAM VOGEL & BROTHERS, INC., Appellant.— Judgment and order unanimously affirmed on reargument, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ. [See 190 App. Div. 918, 951.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL GOLDSTEIN, Appellant, Impleaded with Another, Defendant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN LASHER and DANIEL GREENFIELD, Appellants.— Judgment of conviction of the County Court of Westchester county affirmed. No opinion. Mills, Rich, Kelly and Jaycox, JJ., concur; Jenks, P. J., dissents upon the ground that the court committed reversible error in its instruction to the jury as follows: " The Court of Appeals says, that when stolen property is found in the possession of a person such person is presumed to have stolen it. Stating it in another way, the Court of Appeals has held that the possession of stolen property by one is prima facie evidence that he is the thief." (See Knickerbocker v. People, 43 N. Y. 177; People v. Friedman, 149 App. Div. 873.)